UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION FILE NO. 7:22-cv-00006

| | |
|---|---|
| CELSA HERNANDEZ-VELASQUE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **NOTICE OF REMOVAL** |
| ) | |
| ROBESON COUNTY; JOHNSON BRITT, ) | |
| Former D.A. for the 20th Prosecutorial ) | |
| District, in his Official and Unofficial ) | |
| Capacity; KEN SEALEY, Former Sheriff ) | |
| of Robeson County, in his Official and ) | |
| Unofficial Capacity; BURNIS WILKINS, ) | |
| Sheriff of Robeson County, in his Official ) | |
| and Unofficial Capacity; DARRYL ) | |
| McPHATTER, Former Investigator with ) | |
| the Robeson County Sheriff's Office, in ) | |
| his Official and Unofficial Capacity; ) | |
| ANTHONY THOMPSON, Major with the ) | |
| Robeson County Sheriff's Office, in his ) | |
| Official and Unofficial Capacity; ) | |
| Unknown Sheriff's Deputies and other ) | |
| employees of the Robeson County ) | |
| Sheriff's Office in their Official and ) | |
| Unofficial Capacity; Unknown Employees ) | |
| of Robeson County and the Office of the ) | |
| 20th Judicial District, District Attorney's ) | |
| Office in their Official and Unofficial ) | |
| Capacities, ) | |
| ) | |
| Defendants. ) | |

NOW COME Defendants Robeson County, Ken Sealey, Burnis Wilkins, Darryl McPhatter, and Anthony Thompson, (hereinafter "these Defendants"), by and through undersigned counsel, and hereby file this Notice of Removal of the above described action to the United States District Court for the Eastern District of North Carolina from the General Court of

Justice, Superior Court Division, Robeson County, North Carolina, where the action is now pending, as provided by Title 28, United States Code, Chapter 89, and states as follows:

1. The above entitled action was commenced in the General Court of Justice, Superior Court Division, Robeson County, State of North Carolina and is now pending in that court. Copies of the Summons and Complaint were received by Defendants Robeson County and Burnis Wilkins on December 13, 2021, and by Defendant Ken Sealey on December 16, 2021. Thus, this Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b).

2. The United States District Court has jurisdiction by reason of 28 U.S.C. §§1441 and 1443 in that the action arose, and Plaintiff has based certain of her claims for relief against these Defendants, by virtue of and under the United States Constitution, and provisions of federal law, including 42 U.S.C. § 1983.

3. These Defendants further allege that the action was commenced by the filing of the Complaint by Plaintiff on December 9, 2021.

4. A copy of all process, pleadings, and orders served upon these Defendants are filed with this notice. See attached Exhibits A through F.

5. These Defendants will give written notice of the filing of this notice to Plaintiff as required by 28 U.S.C. §1446(d).

6. A copy of this notice will be filed with the Clerk of Superior Court of Robeson, North Carolina, as required by 28 U.S.C. §1446(d), via the correspondence attached hereto as Exhibit "G" and incorporated as if fully set forth herein.

7. Counsel for these Defendants has spoke with counsel for Defendant Johnson Britt and unknown employees of the Office of 20th Judicial District, District Attorney's Office, who

consents to removal of this action to Federal Court. Thus, all named Defendants who have received copies of the pleadings consent to this removal.

WHEREFORE, Defendants hereby request that this action proceed in this Court as an action properly removed to it.

This the 11th day of January, 2022.

                                   SUMRELL SUGG, P.A.
*Attorneys for Defendants Robeson County, Ken Sealey, Burnis Wilkins, Darryl McPhatter, and Anthony Thompson*

By:    s/Scott C. Hart
        State Bar No. 19060
        E-mail: shart@nclawyers.com

By:    s/Ryan D. Eubanks
        State Bar No. 53455
        E-mail: reubanks@nclawyers.com
        Post Office Drawer 889
        New Bern, North Carolina 28563
        Telephone: (252) 633-3131
        Fax: (252) 633-3507

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the **NOTICE OF REMOVAL** was served upon all parties to this action by depositing the same in a postpaid wrapper in an official depository under the exclusive care and custody of the United States Postal Service, New Bern, North Carolina, and addressed to:

> Celsa Hernandez-Velasque
> 3381 E. Elizabethtown Road, Lot 5
> Lumberton, NC 28358
> *Plaintiff Pro Se*
>
> Kathryn H. Shields
> Special Deputy Attorney General
> P.O. Box 629
> Raleigh, NC 27602-0629
> *Attorney for Defendant Johnson Britt and unknown employees of the Office of 20th Judicial District, District Attorney's Office*

This the 11th day of January, 2022.

> SUMRELL SUGG, P.A.
> *Attorneys for Defendants Robeson County, Ken Sealey, Burnis Wilkins, Darryl McPhatter, and Anthony Thompson*
>
> By: s/Ryan D. Eubanks
> State Bar No. 53455
> E-mail: reubanks@nclawyers.com
> Post Office Drawer 889
> New Bern, North Carolina 28563
> Telephone: (252) 633-3131
> Fax: (252) 633-3507