IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No: 7:22-cv-0006

| | |
|---|---|
| CELSA HERNANDEZ-VELASQUE, <br><br> Plaintiff, <br><br> v. <br><br> ROBESON COUNTY; et al., <br><br> Defendants. | **MOTION TO DISMISS ON BEHALF OF DEFENDANTS BRITT AND THE UNKNOWN EMPLOYEES OF OFFICE OF THE 20th JUDICIAL DISTRICT, DISTRICT ATTORNEY'S OFFICE** |

NOW COMES Defendants Luther Britt, former District Attorney for the 20th Prosecutorial District, in his official and individual capacities, and the Unknown Employees of the Office of the 20th Judicial District, District Attorney's Office in their official and individual capacities (hereinafter collectively referred to as the "District Attorney Defendants"), by and through their counsel Special Deputy Attorney General Kathryn H. Shields, for the purpose of moving, pursuant to Rules 12(b)(1), 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss the claims asserted against them in Plaintiff's Complaint [DE 1-2] with prejudice for the reasons set forth in the memorandum of law filed contemporaneously with this motion.

Respectfully submitted, this 17th day of February, 2022.

JOSHUA H. STEIN
Attorney General

1

/s/Kathryn H. Shields
Kathryn H. Shields
Special Deputy Attorney General
N.C. Bar No. 43200
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602-0629
Telephone: (919) 716-6879
Facsimile: (919) 716-6755
E-mail: kshields@ncdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **MOTION TO DISMISS ON BEHALF OF DEFENDANTS BRITT AND THE UNKNOWN EMPLOYEES OF OFFICE OF THE 20th JUDICIAL DISTRICT, DISTRICT ATTORNEY'S OFFICE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the parties of record who participate in the CM/ECF system.

The undersigned further certifies that she served the foregoing **MOTION TO DISMISS ON BEHALF OF DEFENDANTS BRITT AND THE UNKNOWN EMPLOYEES OF OFFICE OF THE 20th JUDICIAL DISTRICT, DISTRICT ATTORNEY'S OFFICE** by depositing a copy of the same in the U.S. first-class mail, postage pre-paid and addressed as follows on the following non-CM/ECF participant:

> Celsa Hernandez-Velasque
> 3381 E. Elizabethtown Road, Lot 5
> Lumberton, N.C. 28358
> *Pro se Plaintiff*

This the 17th day of February, 2022.

> /s/Kathryn H. Shields
> Kathryn H. Shields
> Special Deputy Attorney General
> N.C. Department of Justice