UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| CELSA HERNANDEZ-VELASQUE, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>JOHNSON BRITT, KEN SEALEY, BURNIS )<br>WILKINS, DARRYL MCPHATTER, )<br>ANTHONY THOMPSON, ROBESON )<br>COUNTY, and UNKNOWN SHERIFF'S )<br>DEPUTIES AND OTHER EMPLOYEES OF )<br>THE ROBESON COUNTY SHERIFF'S )<br>OFFICE IN THEIR OFFICIAL AND )<br>UNOFFICIAL CAPACITY, )<br>)<br>Defendants. ) | **JUDGMENT IN A**<br>**CIVIL CASE**<br>**CASE NO. 7:22-CV-6-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff failed to comply with this court's order of February 15, 2022 [D.E. 20]. In light of plaintiff's failure to comply, the action is DISMISSED without prejudice. Defendants' motion for an extension of time to answer [D.E. 19] and motions to dismiss [D.E. 21, 23] are DISMISSED AS MOOT.

**This Judgment Filed and Entered on March 21, 2022, and Copies To:**

| | |
|---|---|
| Celsa Hernandez-Velasque | (Sent to 3381 E. Elizabethtown Road, Lot 5 Lumberton, NC 28358 via US Mail) |
| Kathryn H. Shields | (via CM/ECF electronic notification) |
| Scott C. Hart | (via CM/ECF electronic notification) |
| Ryan David Eubanks | (via CM/ECF electronic notification) |

DATE:  
March 21, 2022

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk